UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRIAN SMITH,

Plaintiff,

v.

THE LUTHERAN HOME, ET AL.,

Defendants.

Case No. 01-2111 DWF/AJB

**SECOND AMENDED** NOTICE OF PRETRIAL CONFERENCE

---

Due to a conflict on the Court's calendar, you are hereby given notice that the pretrial conference in the above referenced case previously scheduled for March 19, 2002, at 9:00 a.m., has been rescheduled. The pretrial conference will be held on **March 26, 2002, at 10:00 a.m.**, before the undersigned Magistrate Judge.

Dated: 2/4/02

Arthur J. Boylan
U. S. Magistrate Judge

Filed FEB 04 2002
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______