UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRIAN SMITH,

Plaintiff,

v.

THE LUTHERAN HOME, ET AL.,

Defendants.

Case No. 01-2111 DWF/AJB

NOTICE OF CANCELLATION

---

The Court having been advised that the parties have consented to have this matter tried before the undersigned Magistrate Judge, you are hereby given notice that the pretrial conference scheduled to be held on April 9, 2002, at 9:00 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, has been canceled.

The parties will be notified by Magistrate Judge Lebedoff's Chambers of a new pretrial date and time.

Dated: 3-27/02

Arthur J. Boylan
U. S. Magistrate Judge

Filed MAR 28 2002
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______