UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA
THIRD DIVISION

---

Brian Smith,

Plaintiff,

vs.

The Lutheran Home, a Minnesota non-profit corporation, d/b/a The Lutheran Home Association; One Health Plan, a subsidiary of Great-West Life & Annuity Insurance Company, a Colorado corporation; Great-West Life & Annuity Insurance Company, a Colorado corporation; and PreferredOne, a Minnesota non-profit corporation,

Defendants.

Court File No. 01-CV2111 DWF/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

---

The above-entitled action, having been fully compromised and settled,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

CHARLES A. BECKJORD

By [signature]
Charles A. Beckjord (186703)
Attorneys for Plaintiff
208 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415
(612) 339-3911

Dated: 4-29, 2002

MAY 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 08 2002
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Gregory M. Weyandt (116324)
Attorneys for Defendants One Health Plan and Great-West Life & Annuity Insurance Company
333 South Seventh Street, Ste. 2000
Minneapolis, Minnesota 55402
(612) 340-7925

Dated: May 6, 2002

FELHABER, LARSON, FENLON & VOGT, P.A.

By ______________________
Ruth S. Marcott (176825)
Attorneys for Defendant The Lutheran Home Assn.
225 South Sixth Street, Ste. 4200
Minneapolis, MN 55402
(612) 339-6321

Dated: April 30, 2002

MICHAEL J. WEBER

By ______________________
Michael J. Weber (0243267)
Attorneys for Defendant Preferred One
2801 Hennepin Avenue South, Ste. 200
Minneapolis, MN 55408
(612) 296-8080

Dated: May 2, 2002

ORDER

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without costs to any party and judgment may be entered accordingly.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Donovan W. Frank
Judge of United States District Court

Dated: May 8, 2002